UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
TEAM NEW ZEALAND LIMITED,
        Plaintiff,

v.

SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM
ALINGHI, S.A., AC MANAGEMENT, S.A.,
and ERNESTO BERTARELLI,
        Defendants.
------------------------------------x

Case No. 08-Civ 4215 (UA/WHP)

### RULE 7.1 STATEMENT OF TEAM ALINGHI, S.A. AND AC MANAGEMENT, S.A.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Team Alinghi, S.A. and AC Management, S.A. in the above-captioned action states that neither Team Alinghi, S.A. nor AC Management, S.A. is a publicly traded corporation. Alinghi Holdings Limited is the parent corporation of both. No publicly held corporation owns 10% or more of the stock of either Team Alinghi, S.A. or AC Management, S.A.

Dated: New York, New York
      May 2, 2008

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: _____
    Barry R. Ostrager
    Jonathan K. Youngwood
    George S. Wang
425 Lexington Avenue
New York, New York 10017-3909
(212) 455-2000 (phone)
(212) 455-2502 (fax)

**Attorneys for Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A. and Ernesto Bertarelli**