UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TEAM NEW ZEALAND LIMITED,

           Plaintiff,

-against-             Index No. 08Civ4215 (AU/WHP)

SOCIETE NAUTIQUE DE GENEVE, TEAM
ALINGHI, S.A., AC MANAGEMENT, S.A.,
and ERNEST BERTARELLI

           Defendant,

------------------------------------------------------------x

STATE OF NEW YORK  )
                        : ss.:
COUNTY OF NEW YORK )

## AFFIDAVIT OF SERVICE

1.   Nicholas Small, being duly sworn, deposes and says:

I am over the age of eighteen (18) and am not a party to this action and reside in Queens, NY.

2.   That on the 2nd Day of May, 2008, at approximately, 3:00 p.m. I personally served a copy of:

- CIVIL COVER SHEET

- STATEMENT OF RELATED CASE

- INDIVIDUAL PRACTICES OF WILLIAM H. PAULEY III

- USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

- USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING

- USDC/SDNY GUIDELINES FOR ELECTRONIC FILING

- RULE 7.1 STATEMENT OF TEAM ALINGHI, S.A. AND AC MANAGEMENT S.A.

- NOTICE OF REMOVAL

upon: BOISE, SCHILLER & FLEXNER
575 Lexington Avenue
7th Floor
New York, New York 10022

by delivering a true copy thereof with John Pasterick, Managing Clerk, who expressed to me that he was authorized to accept service on behalf of Boise, Schiller & Flexner. I would describe John Pasterick as a white male with black hair, brown eyes with glasses, approximately 55 years old, 5'9" weighing about 170 pounds. To the best of my knowledge, based on information and belief the said recipient, at the time of service, was not engaged in military service of the United States or New York. Recipient wore ordinary civilian clothing and no military clothing.

_____
Nicholas Small

Sworn to before me this
2nd day of May 2008.

_____
Notary Public

STEVE M. METRO
Notary Public, State of New York
No. 01ME5029824
Qualified in Orange County
Commission Expires July 5, 2010