UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
TEAM NEW ZEALAND LIMITED,           :
         Plaintiff,                 :  Case No. 08-Civ-4215
                                    :
    v.                              :
                                    :
SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM    :
ALINGHI, S.A., AC MANAGEMENT, S.A., :
and ERNESTO BERTARELLI,             :
         Defendants.                :
------------------------------------x

## NOTICE OF STATE COURT RECORD

Please take notice that attached hereto is a state court stipulation executed by the parties to this action on April 17, 2008, prior to Defendants' removal of the action on May 2, 2008 from the Supreme Court of the State of New York.

Dated: New York, New York
      May 9, 2008

                                    Respectfully submitted,

                                    SIMPSON THACHER & BARTLETT LLP

                                    By: _____
                                        Barry R. Ostrager
                                        Jonathan K. Youngwood
                                        George S. Wang
                                      425 Lexington Avenue
                                      New York, New York 10017-3909
                                      (212) 455-2000 (phone)
                                      (212) 455-2502 (fax)

                                      **Attorneys for Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A. and Ernesto Bertarelli**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------x
TEAM NEW ZEALAND LIMITED.,

        Plaintiff,

v.

SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM
ALINGHI, S.A., AC MANAGEMENT, S.A., and
ERNESTO BERTARELLI,

        Defendants.
-------------------------------------------------------------x

INDEX NO. 600662/08

IAS Part 49

Hon. Herman J. Cahn

**STIPULATION**

        Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli (collectively, "Defendants") and Plaintiff Team New Zealand Limited ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree that the time within which defendants may answer, move against or otherwise respond to the Complaint in this action is extended to May 14, 2008. Nothing in this stipulation constitutes a waiver of any rights, remedies or defenses, including, without limitation, lack of personal jurisdiction, with the sole exception that Defendants agree to waive the defense of insufficient process.

Dated: New York, New York
       April 17, 2008

2

SIMPSON THACHER & BARTLETT LLP

By _____
Barry R. Ostrager, Esq.
Jonathan K. Youngwood, Esq.
George S. Wang, Esq.
425 Lexington Avenue
New York, N.Y. 10017-3954
Tel: (212) 455-2000
Fascimile: (212) 455-2502
**Attorneys for Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli**


BOIES, SCHILLER & FLEXNER, LLP

By _____
Philip M. Bowman, Esq.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
**Attorneys for Plaintiff Team New Zealand Limited**