UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEAM NEW ZEALAND LIMITED.,                  :
                                             :
            Plaintiff,                      :
                                             :
   – against –                              :   08-CIV-4215 (WHP)
                                             :
SOCIÉTÉ NAUTIQUE DE GENÈVE,                 :
TEAM ALINGHI, S. A., AC MANAGEMENT,         :
S. A., and ERNESTO BERTARELLI               :
                                             :
           Defendants.                    :
------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon Plaintiff's Memorandum of Law of Team New Zealand Limited, in Support of Its Motion to Remand, Plaintiff Team New Zealand Limited, filed concurrently herewith, will move this Court before Hon. William H. Pauley III, at the United States Courthouse, 500 Pearl Street, Room 2210, New York, New York 10007, for an order remanding the matter of *Team New Zealand v. Société Nautique De Genéve, Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli* ("Bertarelli"), No. 08-CIV-4215 (WHP), to the Supreme Court of the State of New York, New York County.

The schedule for service and filing of papers relating to this motion will be in accordance with Local Civil Rule 6.1.

June 4, 2008

                        BOIES, SCHILLER & FLEXNER, LLP

by _____
                        Philip M. Bowman (PB-9222)
                        575 Lexington Avenue, 7th Floor
                        New York, New York 10022
                        (212) 446-2300

                        *Attorneys for Plaintiff*
                        *Team New Zealand*