UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TEAM NEW ZEALAND LIMITED,                :
                                         :    08 Civ. 4215 (WHP)
            Plaintiff,                   :
                                         :
    -against-                            :
                                         :    AFFIDAVIT OF SERVICE
                                         :
SOCIÉTÉ NAUTIQUE DE GENÉVE,              :
TEAM ALINGHI, S.A., AC MANAGEMENT,:
S.A., and ERNESTO BERTARELLI,            :
                                         :
            Defendants.                  :
                                         :
------------------------------------------------------------X

State of New York    )
                     ) ss.:
County of New York   )

   GREGORY APONTE, being duly sworn, deposes and says:

   1. I am not a party to this action and I am over 18 years of age.

   2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for the Plaintiff.

   3. On June 4, 2008 I served a true copy of Plaintiff's Notice Of Motion To Remand, dated June 4, 2008 and a true copy of Plaintiff's Memorandum Of Law In Support Of Its Motion To Remand, dated June 4, 2008 by personally delivering said copies to Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, attorneys for Defendants.

                                    _____
                                            GREGORY APONTE

Sworn to before me this
4th day of June, 2008

_____
Notary Public

JOHN A. PASTERICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6082750
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES  11/4/2010