# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350



July 7, 2008

**BY HAND**

The Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

    Re:  *Team New Zealand Ltd. v. Societe Nautique de Geneve et al,*
           <u>Case Nos. 08-CIV-2228; 08-CIV-4215</u>

Dear Judge Pauley:

    We represent Plaintiff Team New Zealand Ltd. in the above-referenced actions. Due to the fact that the wife of plaintiff's counsel is having a baby, and that plaintiff's counsel will therefore be unavailable, <u>the parties respectfully request that the Court allow until July 14, 2008 for the submission of a joint letter regarding disputes over the discovery sought by Team New Zealand on Defendants' motion to compel arbitration.</u>

    Pursuant to this Court's scheduling Order dated June 20, 2008, the joint letter is currently due on July 8, 2008. No prior request has been made to extend this deadline. Counsel for all parties consent to this request.

                                  Respectfully submitted,

                                  Philip M. Bowman

cc:    Barry Ostrager (by electronic mail)
       Jonathan Youngwood (by electronic mail)
       George Wang (by electronic mail)
       Laura Murphy (by electronic mail)

*Application Granted.*
**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
7/9/08

WWW.BSFLLP.COM