```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TEAM NEW ZEALAND LIMITED            :

                Plaintiff,          :         08 Civ. 2228 (WHP)

        -against-                   :

NAUTIQUE DE GENEVE et. al.,         :

                Defendants.         :
------------------------------------X
------------------------------------X
TEAM NEW ZEALAND LIMITED            :

                Plaintiff,          :         08 Civ. 4215 (WHP)

        -against-                   :

SOCIETE NAUTIQUE DE GENEVE et. al., :

                Defendants.         :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

SCHEDULING ORDER NO. 2

WILLIAM H. PAULEY III, District Judge:

　　　　The Court will hold a discovery conference on July 25, 2008 at 10:30 a.m. to discuss the discovery issues in the joint letter submitted to the Court on July 14, 2008.

Dated:    July 21, 2008
          New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record*:

Philip M. Bowman
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
7th Floor
New York, NY 10504
*Counsel for Plaintiff*

Barry Robert Ostrager, Esq.
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
*Counsel for Defendants*